| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 01-00667-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR06-58 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Frank Simmons | DISTRICT New Jersey | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Joseph E. Irenas | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM August 31, 2005 — TO August 30, 2009 |

**OFFENSE**

21 USC 846 - Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/20/06

Date — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Delaware

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date — United States District Judge



FILED
MAY 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE