# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK



M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

William T. Walsh
Clerk

REPLY TO: _

October 25, 2006

Mr. Peter T. Dalleo
Clerk
United States District Court
4209 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

> Re: U.S.A. -v- **FRANK C. SIMMONS**
> Our Docket No. **01CR667 (JEI)**
> Your Docket No. 06cr58 SLR

Dear Clerk:

A Transfer of Jurisdiction Order (Prob 22 form) has been filed with this District in the above-captioned case. This District considers the electronic record to be the original pursuant to Federal Rules of Criminal Procedure 49(d), Local Civil Rule 5.2 and paragraph 7 of the Court's Electronic Case Filing Policies and Procedures. The original records of this Court can be obtained by accessing CM/ECF through PACER. Certified copies of any document not available through PACER are enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By: ___s/ Thomas J. Haggerty___
Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _Francesca Jasme_
DATE: 10/27/06

FILED
OCT 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DNJ-Crim-003(Rev. 09/06)

### Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

- Reports
- Docket Sheet
- Enter Case Number in the following format: **[06-1234]**
- Run Report

    ▸ To view a document from the docket sheet, click on the blue "underlined" document number;

    ▸ To download, click on File, Save a Copy and save to your specific directory;

    ▸ If the document does not have an underlined document number, it is either:

        - A text only entry and no document is attached, or
        - An entry made prior to electronic case filing and the original is enclosed, or
        - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

▸   Camden - 866-726-0726 or 856-757-5285
▸   Newark - 866-208-1405 or 973-645-5924
▸   Trenton - 866-848-6059 or 609-989-2004

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 01-00667-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR06-58 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Frank Simmons | DISTRICT New Jersey | DIVISION |
| | NAME OF SENTENCING JUDGE Honorable Joseph E. Irenas | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM August 31, 2005 — TO August 30, 2009 |

OFFENSE

21 USC 846 - Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/20/06
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Delaware

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/1/06
Effective Date

United States District Judge

FILED
MAY 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2001R00676/dvc

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 01- |
| FRANK C. SIMMONS | : | 21 U.S.C. § 846 |

FILED
OCT 1 8 2001
AT 8:30_____M
WILLIAM T. WALSH
CLERK

### INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From on or about April 18, 2001, through on or about April 24, 2001, at Salem County, in the District of New Jersey, and elsewhere, defendant

FRANK C. SIMMONS

did knowingly and intentionally conspire and agree with others to distribute and to possess with intent to distribute more than 500 grams of cocaine, a Schedule II narcotic drug controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

In violation of Title 21, United States Code, Section 846.

_____
ROBERT J. CLEARY
United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA |
|---|
| v. |
| FRANK C. SIMMONS |

## INFORMATION

Title 21, United States Code, Sections 846

**ROBERT J. CLEARY**
U.S. ATTORNEY NEWARK, NEW JERSEY

**DIANA V. CARRIG**
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY

:jd

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.    Case Number   1:01-CR-0667

FRANK C. SIMMONS

Defendant.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

FILED

FEB 1 1 2002

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

The defendant, FRANK C. SIMMONS, was represented by Craig Mitnick, Esq.

The defendant pled guilty to count 1 of the Information on October 18, 2001. Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 21 USC 846 | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 grams of Cocaine | April 18-24, 2001 | 1 |

As pronounced on February 8, 2002, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for count 1, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the __11th__ day of February, 2002.

**ENTERED**
ON
THE DOCKET

FEB 13 2002

WILLIAM T. WALSH, CLERK
By_____
(Deputy Clerk)

_____
Joseph E. Irenas
United States District Judge

Defendant's SSN: ███3294
Defendant's Date of Birth: ███-75
Defendant's mailing address: Federal Detention Center, P.O. Box 562, Philadelphia, PA 19105
Defendant's residence address: ███████ New Castle, Delaware ███

Judgment--Page 2 of 4

Defendant: FRANK C. SIMMONS
Case Number: 1:01-CR-0667

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 Months.

The Court makes the following recommendations to the Bureau of Prisons: (1) that defendant be permitted to participate in the Boot Camp Program; and (2) that defendant be designated to F.C.I. Fairton or F.C.I. Fort Dix.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

United States Marshal

By _____
Deputy Marshal

Judgment--Page 3 of 4

Defendant: FRANK C. SIMMONS
Case Number: 1:01-CR-0667

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 4 years.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court (on the next page):

The defendant shall submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release.

and shall comply with the following additional conditions:

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, if directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

Judgment--Page 4 of 4

Defendant: FRANK C. SIMMONS
Case Number: 1:01-CR-0667

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance.

3) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer.

5) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

7) The defendant shall support his or her dependents and meet other family responsibilities.

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

CLOSED, PRIOR

# U.S. District Court
# District of New Jersey [LIVE] (Camden)
# CRIMINAL DOCKET FOR CASE #: 1:01-cr-00667-JEI-ALL
# Internal Use Only

Case title: USA v. SIMMONS  
Magistrate judge case number: 1:01-mj-02048

Date Filed: 10/18/2001

Assigned to: Judge Joseph E. Irenas

### Defendant

**FRANK C. SIMMONS (1)**  
*TERMINATED: 02/11/2002*

represented by **CRAIG R. MITNICK**  
35 KINGS HIGHWAY EAST  
HADDONFIELD, NJ 08033  
(856) 427-9000  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

### Pending Counts

21:846=CD.F CONSPIRACY
TO DISTRIBUTE
CONTROLLED SUBSTANCE
(1)

### Disposition

Imprisonment for a term of 60 Months, Supervised Release for a term of 4 Years, Fine Waived. S/A $100.00.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

### Disposition

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                              **Disposition**

None

**Plaintiff**

USA                                     represented by **DIANA V. CARRIG**
*TERMINATED: 02/11/2002*                                OFFICE OF THE US
                                                        ATTORNEY
                                                        US POST OFFICE BUILDING

                                                        401 MARKET STREET
                                                        4TH FLOOR
                                                        CAMDEN, NJ 08101
                                                        (856) 757-5026
                                                        Email: diana.carrig@usdoj.gov
                                                        *TERMINATED: 02/11/2002*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2001 | 1 | COMPLAINT as to FRANK C. SIMMONS [ 1:01-m -2048 ] (MB) (Entered: 04/25/2001) |
| 04/25/2001 |   | ARREST of FRANK C. SIMMONS [ 1:01-m -2048 ] (MB) (Entered: 04/25/2001) |
| 04/25/2001 | 2 | Minutes of 4/25/01 before Mag. Judge Joel B. Rosen as to FRANK C. SIMMONS, Initial Appearance held. Deft informed of rights, charges and penalties. |

| | | |
|---|---|---|
| | | Hearing on appl by deft to appt counsel. Ordered appl Granted. Ordered Anne Blanchard, AFPD appt for deft. Order to be entered. Hearing on appl by Govt for pretrial detention and 3 day continuance. Hearing on appl by deft for continuance. Ordered govt's appl Granted. Ordered detention hearing set for Monday, April 30, 2001 at 10:00 a.m. Order to be entered, Ordered Preliminary Hearing set for 9:30 5/9/01 for FRANK C. SIMMONS (Court Reporter/ESR: Tape # 923) [ 1:01-m -2048 ] (MB) (Entered: 04/25/2001) |
| 04/25/2001 | | **Added Government Attorney DIANA V CARRIG as to FRANK C. SIMMONS [ 1:01-m -2048 ] (MB) (Entered: 04/25/2001) |
| 04/25/2001 | 3 | ORDER as to FRANK C. SIMMONS, app Appointing Federal Public Defender ( Signed by Mag. Judge Joel B. Rosen ) [ 1:01-m -2048 ] (MB) (Entered: 04/25/2001) |
| 04/25/2001 | | **Added for FRANK C. SIMMONS Attorney ANNE BLANCHARD [ 1:01-m -2048 ] (MB) (Entered: 04/25/2001) |
| 04/25/2001 | 4 | CJA 23 FINANCIAL AFFIDAVIT by FRANK C. SIMMONS [ 1:01-m -2048 ] (MB) (Entered: 04/25/2001) |
| 04/25/2001 | 5 | ORDER OF TEMPORARY DETENTION as to FRANK C. SIMMONS ( Signed by Mag. Judge Joel B. Rosen ) [ 1:01-m -2048 ] (MB) (Entered: 04/25/2001) |
| 04/27/2001 | 6 | NOTICE of Appearance for FRANK C. SIMMONS by Attorney CRAIG R. MITNICK and waiver of preliminary hearing [ 1:01-m -2048 ] (MB) Modified on 05/02/2001 (Entered: 05/02/2001) |
| 04/27/2001 | | **Terminated attorney ANNE BLANCHARD for FRANK C. SIMMONS [ 1:01-m -2048 ] (MB) (Entered: 05/02/2001) |

| | | |
|---|---|---|
| 05/09/2001 | 7 | Minutes of 5/9/01 before Mag. Judge Joel B. Rosen as to FRANK C. SIMMONS, Bail hearing held. Bail application withdrawn by deft. Order of Pretrial Detention to be entered. Ordered deft remanded pending further proceedings. (Court Reporter/ESR: Tape# 924) [ 1:01-m -2048 ] (MB) (Entered: 05/14/2001) |
| 05/09/2001 | 8 | ORDER OF DETENTION PENDING TRIAL as to FRANK C. SIMMONS ( Signed by Mag. Judge Joel B. Rosen ) [ 1:01-m -2048 ] (MB) (Entered: 05/14/2001) |
| 05/14/2001 | 9 | ORDER as to FRANK C. SIMMONS, to Continue in Interests of Justice Time Excluded from 5/14/01 to 7/16/01 ( Signed by Mag. Judge Joel B. Rosen ) [ 1:01-m -2048 ] (MB) (Entered: 05/14/2001) |
| 07/17/2001 | 10 | ORDER as to FRANK C. SIMMONS, to Continue in Interests of Justice Time Excluded from 7/17/01 to 9/16/01 ( Signed by Mag. Judge Joel B. Rosen ) [ 1:01-m -2048 ] (MB) (Entered: 07/17/2001) |
| 09/20/2001 | 11 | ORDER as to FRANK C. SIMMONS, to Continue in Interests of Justice Time Excluded from 9/20/01 to 11/16/01 ( Signed by Mag. Judge Joel B. Rosen ) [ 1:01-m -2048 ] (BM) (Entered: 09/20/2001) |
| 10/18/2001 | 12 | INFORMATION as to FRANK C. SIMMONS (1) count(s) 1 (Preliminary Hearing cancelled.) (ds) (Entered: 10/26/2001) |
| 10/18/2001 | | **Added Government Attorney DIANA V CARRIG as to FRANK C. SIMMONS (ds) (Entered: 10/26/2001) |
| 10/18/2001 | 13 | Minutes of 10/18/01 before Judge Joseph E. Irenas as to FRANK C. SIMMONS, Initial Appearance held. (Defendant informed of rights.) , set Sentencing for 9:30 2/1/02 for FRANK C. SIMMONS. Ordered defendant remanded to custody of US Marshal. (Court |

| | | |
|---|---|---|
| | | Reporter/ESR: Stephen Daner) (ds) (Entered: 10/26/2001) |
| 10/18/2001 | 14 | WAIVER OF INDICTMENT by FRANK C. SIMMONS (ds) (Entered: 10/26/2001) |
| 10/18/2001 | | PLEA of Guilty: FRANK C. SIMMONS (1) count(s) 1 ; Court accepts plea. (ds) (Entered: 10/26/2001) |
| 10/18/2001 | 15 | Plea Agreement as to FRANK C. SIMMONS (ds) (Entered: 10/26/2001) |
| 10/18/2001 | 16 | APPLICATION FOR PERMISSION TO ENTER PLEA OF GUILTY by FRANK C. SIMMONS (ds) (Entered: 10/26/2001) |
| 10/26/2001 | 17 | NOTICE OF ALLOCATION AND ASSIGNMENT in Courtroom 5A Camden ( before Judge Joseph E. Irenas ) (ds) (Entered: 10/26/2001) |
| 02/11/2002 | 18 | Minutes of 2/11/02 before Judge Joseph E. Irenas as to FRANK C. SIMMONS, Hrg. on deft's. motions for downward departure. Ordered motion for downward departure based on drug addiction is withdrawn with consent of the parties. Ordered motion for downward departure based on minor role adjustment is granted. Ordered motion for downward departure based on overstatement of deft's. criminal status history is granted. Sentencing held. FRANK C. SIMMONS (1) count(s) 1 . Deft. remanded to the U.S. Marshal. (Court Reporter/ESR: Stephen Daner) (ar1) (Entered: 02/13/2002) |
| 02/11/2002 | 19 | JUDGMENT FRANK C. SIMMONS (1) count(s) 1. Imprisonment for a term of 60 Months, Supervised Release for a term of 4 Years, Fine Waived. S/A $100.00. (signed by Judge Joseph E. Irenas ) party FRANK C. SIMMONS, party USA. (NM) (ar1) (Entered: 02/13/2002) |
| 02/13/2002 | | **Case closed as to FRANK C. SIMMONS (all defendants). party FRANK C. SIMMONS party USA |

|  |  |  |
|---|---|---|
|  |  | (ar1) (Entered: 02/13/2002) |
| 08/31/2004 |  | Attorney update in case as to FRANK C. SIMMONS. Attorney CRAIG R. MITNICK for FRANK C. SIMMONS added. (lc, ) (Entered: 09/02/2004) |
| 08/31/2004 | 20 | MOTION to Amend Judgment of Conviction by FRANK C. SIMMONS. (Attachments: # 1 CERTTIFICATION WITH ATTACHMENTS# 2 CERTIFICATION OF SERVICE# 3 PROPOSED ORDER)(lc, ) (Motion was filed without the attorney's signature as per Judge Irenas) (Entered: 09/02/2004) |
| 08/31/2004 | 21 | ORDER denying 20 Motion to Amend Judgment as to FRANK C. SIMMONS (1). Signed by Judge Joseph E. Irenas on 8/31/04. (lc, ) (Entered: 09/02/2004) |
| 10/23/2006 | 22 | Supervised Release Transferred to District of Delaware as to FRANK C. SIMMONS Transmitted Transfer of Jurisdiction form, with certified copies of information, judgment and docket sheet. (Attachments: # 1 Transmittal Letter)(th, ) (Entered: 10/25/2006) |

**CLERK, UNITED STATES DISTRICT COURT**
P.O. BOX 2797
CAMDEN, NJ 08101

OFFICIAL BUSINESS

Mr. Peter T. Dalleo
Clerk
United States District Court
4209 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

19801435519-33 C012



Neopost
Mailed From 08101
10/26/2006
$00.870
US POSTAGE



OCT 27 2006
US DISTRICT COURT
DISTRICT OF DELAWARE